No. 253, Misc. WILSON v. UNITED STATES, ante, p. 864;

No. 298, Misc. THACKER v. WARD MARKHAM CO., ante, p. 865; and

No. 511, Misc. IN RE DUARTE, ante, p. 883. Petitions for rehearing denied.

No. 98. WALKER v. FOSTER ET AL., ante, p. 812. Motion to dispense with printing petition granted. Petition for rehearing denied.

No. 260. NYYSSONEN, ADMINISTRATRIX v. BENDIX CORP., ante, p. 847; and

No. 319. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. v. ORANS ET AL., ante, p. 10. Petitions for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions.

DECEMBER 1, 1965.

No. 734. McGRAW ET AL. v. CITY OF ENGLEWOOD ET AL. Sup. Ct. Colo. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *John R. Barry* for petitioners. *Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.,* for respondents.

DECEMBER 6, 1965.

No. 368. A BOOK NAMED "JOHN CLELAND'S MEMOIRS OF A WOMAN OF PLEASURE" v. ATTORNEY GENERAL OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. (Probable jurisdiction noted, ante, p. 900.) Motion of the Citizens for Decent Literature, Inc., for leave to file brief, as *amicus curiae,* granted. Motion for leave to participate in oral argument, as *amicus curiae,* denied. *Charles H. Keating, Jr.,* on the motions.